B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**BUILDERS FINANCIAL CORPORATION** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4146577** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**225 W. Wacker Dr., Ste. 2000**<br>**Chicago, IL**<br>ZIP Code **60606** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)     Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **BUILDERS FINANCIAL CORPORATION** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **BUILDERS FINANCIAL CORPORATION** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ DAVID K. WELCH**
Signature of Attorney for Debtor(s)

**DAVID K. WELCH 06183621**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**July 13, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mitchell Saywitz**
Signature of Authorized Individual

**Mitchell Saywitz**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 13, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **BUILDERS FINANCIAL CORPORATION**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Armand Lasky c/o Northeastern Security Development** 100 Merrick Rd., Ste. 508E Rockville Centre, NY 11570 | **Armand Lasky c/o Northeastern Security Development** 100 Merrick Rd., Ste. 508E Rockville Centre, NY 11570 Phone: 516-763-5300 | **Loan** | | **Principal: $15,000.00 Interest: $30** |
| **Builders Capital Trust I c/o BNY Mellon Global Corporate Trust** 101 Barclay St., 8W New York, NY 10286 | Carlos Luciano, Vice President The Bank of New York Mellon Global Corporate Trust 101 Barclay St., 8W New York, NY 10286 Phone: 212-815-5445 | **Trust Preferred Debt (Loan)** | | **Principal: $15,464,000 Interest: $4,315,004** |
| **Builders Capital Trust II c/o Wilmington Trust Company** 1100 N. Market St., Rodney Square N Wilmington, DE 19890 | Lori Donahue Asst. Vice President of Corporate Capital Markets Wilmington Trust Company 1100 N. Market St., Rodney Square N Wilmington, DE 19890 Ph: 302-636-6548 | **Trust Preferred Debt (Loan)** | | **Principal: $8,242,000 Interest: $992,377** |
| **Builders Capital Trust III c/o Wilmington Trust Company** 1100 N. Market St., Rodney Square N Wilmington, DE 19890 | Lori Donahue, Asst. Vice President of Corporate Capital Markets Wilmington Trust Company 1100 N. Market St., Rodney Square N Wilmington, DE 19890 Phone: 302-636-6548 | **Trust Preferred Debt (Loan)** | | **Principal: $10,313,000 Interest: $1,110,416** |
| **Stuart Timoner** 19515 Cedar Glen Drive Boca Raton, FL 33434 | **Stuart Timoner** 19515 Cedar Glen Drive Boca Raton, FL 33434 Phone: 847-236-9020 | **Loan** | | **Principal: $10,000 Interest: $20** |
| **Yaron Hassid c/o Platinum Realtors** 499 N. Canon Dr., Ste. #400 Beverly Hills, CA 90210 | **Yaron Hassid c/o Platinum Realtors** 499 N. Canon Dr., Ste. #400 Beverly Hills, CA 90210 Phone: 310-777-0364 | **Loan** | | **Principal: $15,000.00 Interest: $50** |

B4 (Official Form 4) (12/07) - Cont.

In re  **BUILDERS FINANCIAL CORPORATION**  
                    Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **BNY Mellon as Guarantee Trustee for MM Community Funding Ltd.**<br>101 Barclay St., 8W<br>New York, NY 10286 | **Carlos Luciano**<br>BNY Mellon Global Corporate Trust<br>101 Barclay Street 8W<br>New York, NY 10286<br>Ph: 212-815-5445 | **Limited Guaranty** | **Contingent, Unliquidated** | **0.00** |
| **BNY Mellon Global Corporate Tr. as Trustee for MM Community Funding II**<br>101 Barclay St., 8W<br>New York, NY 10286 | **Carlos Luciano**<br>BNY Mellon Global Corporate Trust<br>101 Barclay Street 8W<br>New York, NY 10286<br>Ph: 212-815-5445 | **Limited Guaranty** | **Contingent, Unliquidated** | **0.00** |
| **BNY Mellon Global Corporate Tr. as Trustee for TPref Funding I, Ltd.**<br>101 Barclay St., 8W<br>New York, NY 10286 | **Carlos Luciano**<br>BNY Mellon Global Corporate Trust<br>101 Barclay Street 8W<br>New York, NY 10286<br>Ph: 212-815-5445 | **Limited Guaranty** | **Contingent, Unliquidated** | **0.00** |
| **Charles Hall**<br>1480 Kurtis Lane<br>Lake Forest, IL 60045 | | **Long Term Compensation and Retention Agreement dated September 10, 2007** | | **0.00** |
| **Daniel Ruvalcaba**<br>540 N. State St., #2911 E<br>Chicago, IL 60610 | | **Long Term Compensation and Retention Agreement dated September 10, 2007** | | **0.00** |
| **Jeffrey Ebbesen**<br>1663 Penny Lane<br>Bartlett, IL 60103 | | **Long Term Compensation and Retention Agreement dated September 10, 2007** | | **0.00** |
| **Micki Kowalik**<br>6901 Foxwood Drive<br>Schererville, IN 46375 | | **Long Term Compensation and Retention Agreement dated September 10, 2007** | | **0.00** |
| **Ronald Fack**<br>4 Millers Lane<br>Mount Prospect, IL 60056 | | **Long Term Compensation and Retention Agreement dated September 10, 2007** | | **0.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **BUILDERS FINANCIAL CORPORATION**  
     Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Wilmington Trust Co. as Guarantee Trustee for MM Community Funding II Rodney Square N., 1100 N. Market St. Wilmington, DE 19890** | **Lori Donahue Wilmington Trust Company 1100 N. Market St. Rodney Square North Wilmington, Delaware 19890 Ph: 302-636-6548** | **Limited Guaranty** | **Contingent, Unliquidated** | **0.00** |
| **Wilmington Trust Co. as Guarantee Tr. for TPref Funding I, Ltd. Rodney Square North 1100 N. Market St. Wilmington, DE 19890** | **Lori Donahue Wilmington Trust Company 1100 N. Market St. Rodney Square North Wilmington, Delaware 19890 Ph: 302-636-6548** | **Limited Guaranty** | **Contingent, Unliquidated** | **0.00** |
| **BNY Mellon Global Corporate Trust as Trustee for MM Community Funding Ltd. 101 Barclay Street 8W - New York, NY 10286** | **Carlos Luciano BNY Mellon Global Corporate Trust 101 Barclay Street 8W New York, NY 10286** | **Limited Guaranty** | **Contingent, Unliquidated** | **0.00** |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**B4 (Official Form 4) (12/07) - Cont.**

In re **BUILDERS FINANCIAL CORPORATION** Case No. _____
　　　　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

NOTE 1: Builders Capital Trust I, Builders Capital Trust II, and Builders Capital Trust III are subsidiaries of the Debtors, which qualifies them as affiliates and thus come within the definition of "insider" set forth in 11 U.S.C. § 101. However, per the terms of the loans to the Debtor, upon the filing of a petition of bankruptcy by the Debtor, the trustees of these trusts are required to dissolve the trusts and transfer the beneficial interest of the trusts (including the claims against the Debtor) to separate pooled trusts that are not insiders. Therefore, the subsidiary trusts are included here to insure appropriate disclosure of all creditors.

NOTE 2: BNY Mellon Global Trust as Trustee is believed to be the holder of the capital securities issued by Builders Capital Trust I, Builders Capital Trust II, and Builders Capital Trust III, respectively, and thus has rights under the debtor's limited guaranty. The trustee name and address provided above for these creditors is believed to be correct, however the Debtor has not been able to verify it's correctness. The original trustee for the three creditors was JP Morgan Chase, however it is believed that BNY Mellon is successor trustee due to the sale of JP Morgan's trust business to BNY Mellon in 2006. The original name and address is JP Morgan Chase Bank, 600 Travis Street, 50th Floor. Houston, Texas 77002.

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　　I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 12, 2010** 　　　　　Signature **/s/ Mitchell Saywitz**
　　　　　　　　　　　　　　　　　　　　　　　　**Mitchell Saywitz**
　　　　　　　　　　　　　　　　　　　　　　　　**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re  **BUILDERS FINANCIAL CORPORATION**                                    Case No.
                                            Debtor(s)                        Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                **20**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **July 13, 2010**                         **/s/ Mitchell Saywitz**
                                                  **Mitchell Saywitz**/**President**
                                                  Signer/Title

Armand Lasky c/o
Northeastern Security Development
100 Merrick Rd., Ste. 508E
Rockville Centre, NY 11570

Charles Hall
1480 Kurtis Lane
Lake Forest, IL 60045

BNY Mellon as Guarantee Trustee for
MM Community Funding Ltd.
101 Barclay St., 8W
New York, NY 10286

Daniel Ruvalcaba
540 N. State St., #2911 E
Chicago, IL 60610

BNY Mellon Global Corp. Trust as
Tr. for MM Community Funding Ltd.
101 Barclay Street 8W
New York, NY 10286

Daniel Ruvalcaba
540 N. State St.., #2911 E
Chicago, IL 60610

BNY Mellon Global Corporate Tr. as
Trustee for MM Community Funding II
101 Barclay St., 8W
New York, NY 10286

Jeffery Ebbesen
1663 Penny Lane
Bartlett, IL 60103

BNY Mellon Global Corporate Tr. as
Trustee for TPref Funding I, Ltd.
101 Barclay St., 8W
New York, NY 10286

Micki Kowalik
6901 Foxwood Drive
Schererville, IN 46375

Builders Bank
225 West Wacker Dr., Ste. 2000
Chicago, IL 60606

Ronald Fack
4 Millers Lane
Mount Prospect, IL 60056

Builders Capital Trust I
c/o BNY Mellon Global Corporate Tru
101 Barclay St., 8W
New York, NY 10286

Stuart Timoner
19515 Cedar Glen Drive
Boca Raton, FL 33434

Builders Capital Trust I c/o
BNY Mellon Global Corporate Trust
101 Barclay St., 8W
New York, NY 10286

Wilmington Trust Co. as Guarantee
Trustee for MM Community Funding II
Rodney Square N.,1100 N. Market St.
Wilmington, DE 19890

Builders Capital Trust II
c/o Wilmington Trust Company
1100 N. Market St., Rodney Square N
Wilmington, DE 19890

Wilmington Trust Co. as Guarantee
Tr. for TPref Funding I, Ltd.
Rodney Square N.,1100 N. Market St.
Wilmington, DE 19890

Builders Capital Trust III
c/o Wilmington Trust Company
1100 N. Market St., Rodney Square N
Wilmington, DE 19890

Yaron Hassid
c/o Platinum Realtors
499 N. Canon Dr., Ste. #400
Beverly Hills, CA 90210