IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 10-31180 |
| | ) | |
| **BUILDERS FINANCIAL CORPORATION**, | ) | Chapter 11 |
| | ) | Judge Bruce W. Black |
| Debtor. | ) | |

## AMENDED NOTICE OF MOTION

TO: ATTACHED SERVICE LIST:

    PLEASE TAKE NOTICE that on the **22nd day of October, 2014** at **10:30 a.m.** or as soon thereafter as counsel can be heard, I shall appear before the Honorable Bruce W. Black, Bankruptcy Judge, in the room usually occupied by him as courtroom 719 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present **Debtor's Motion For Final Decree Pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

    AT WHICH TIME and place you may appear if you so see fit.

    */s/ Richard D. Grossman*

### CERTIFICATE OF SERVICE

    The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Amended Notice and attached Motion to be served via ECF Filing System and First Class mail, postage prepaid, on all the parties listed on the attached Service List on the 15th day of October, 2014.

    */s/ Richard D. Grossman*

Richard D. Grossman
**Law Offices of Richard D. Grossman**
211 West Wacker Drive, Suite 710
Chicago, IL  60606
312/750-9308