IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 10-31180 |
| | ) | Chapter 11 |
| **BUILDERS FINANCIAL CORPORATION,** | ) | Judge Bruce W. Black |
| | ) | |
| Debtor. | ) | |

### ORDER OF FINAL DECREE

This cause having come on to be heard on the Debtor BUILDERS FINANCIAL CORPORATION's Motion For Entry of an Order For Final Decree, the Court orders as follows:

### FINAL DECREE AND ORDER CLOSING BANKRUPTCY CASE

Upon the Motion of the Reorganized Debtor BUILDERS FINANCIAL CORPORATION for a Final Decree and Order under 11 U.S.C. § 350(a) and Fed. R. Bankr. P. 3022, due and sufficient notice of the Motion having been given under the particular circumstances, and it appearing that no other or further notice is necessary; and the Court having jurisdiction over these matters; and the Court having determined that granting the requested relief is in the best interest of the Reorganized Debtor and the creditors; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

The Motion is GRANTED.

This Chapter 11 case (Case No. 10-31180) is hereby closed effective as of the date of this Order.

The Clerk of Court shall enter this Final Decree and Order on the docket of the closed case and such docket thereafter shall be marked as closed.

This Order shall be effective and enforceable immediately upon entry hereof.

The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: ~~October~~ NOVEMBER 6, 2014

/s/ Bruce W. Black
The Honorable Bruce W. Black
United States Bankruptcy Judge